UNITED STATES of America v. ORIEN-
TAL REFINING COMPANY et al.
No. 3503.

Circuit Court of Appeals, Tenth Circuit.
Aug. 4, 1947.

Max M. Bulkeley, U. S. Atty., of Denver,
Colo., for appellant.

Max P. Zall, of Denver, Colo., for ap-
pellee.

Before PHILLIPS and BRATTON,
Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.